JAMES SULLIVAN, Respondent, *v.* ELIZABETH J. GRAHAM, Appellant.

*Sullivan* v. *Graham*, 164 App. Div. 959, affirmed.
(Argued March 29, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 21, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for rent. The defendant answered, practically denying the agreement to rent and alleging that she occupied the said premises in pursuance of or under a certain written contract for the purchase or exchange by her of the said premises. The said contract was the subject-matter of a certain action brought by this plaintiff against this defendant in the Supreme Court, Queens county, in which said action it was decreed practically that the said contract be rescinded and that the plaintiff recover all payments made to the defendant thereunder. The defendant claimed that her occupancy of the said premises was under the said contract and not

47

under her separate agreement of rental, and that, therefore, the question of rent was *res adjudicata.*

*Herbert C. Mason* for appellant.

*Frederick S. Rauber* and *Edwin S. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.